CARL FEINSTEIN, Appellant, v. JACK FEDERMAN and HENRY FEDERMAN,

Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.